# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| MARIO DELARA, | ) | |
| Plaintiff, | ) | 2:10-CV-02223-PMP-GWF |
| vs. | ) | **ORDER** |
| G.I. TRUCKING COMPANY, a California Corporation; ESTES EXPRESS LINES, a Virginia Corporation; MARSHAL ROBLES, | ) ) ) ) ) | |
| Defendants. | ) | |

**IT IS ORDERED that** Plaintiff Mario Delara's "Opposition to Petition for Removal" shall be deemed for purposes of docketing to constitute a "Motion to Remand" and shall be tracked by the Clerk of Court as such.

**IT IS FURTHER ORDERED that** Defendants shall file a response to Plaintiff's "Motion to Remand" not later than **January 20, 2011**.

DATED: January 6, 2011.

_____
PHILIP M. PRO
United States District Judge