# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARIO DELARA, | |
| Plaintiff, | 2:10-CV-02223-PMP-GWF |
| vs. | **ORDER** |
| G.I. TRUCKING COMPANY, a California Corporation; ESTES EXPRESS LINES, a Virginia Corporation; MARSHAL ROBLES, | |
| Defendants. | |

On December 27, 2010, Plaintiff Mario Delara filed a Motion titled "Opposition to Petition for Removal" (Doc. #5). Treating Plaintiff's Motion as a "Motion to Remand," the Court directed that a response be promptly filed by Defendants (Doc. #7). Plaintiff's Motion is now fully briefed, and the Court finds Plaintiff's Motion to Remand must be denied.

Specifically, although removal statutes are construed narrowly, it is clear in this case that Defendants removal of this action on December 21, 2010 was appropriate as original diversity jurisdiction exists in this Court. 28 U.S.C. § 1332.

**IT IS THEREFORE ORDERED that** Plaintiff's Motion to Remand (Doc. #5) is **DENIED**.

DATED: January 31, 2011.

_____
PHILIP M. PRO
United States District Judge