# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARIO DELARA, | |
| Plaintiff, | 2:10-CV-02223-PMP-GWF |
| vs. | **ORDER** |
| G.I. TRUCKING COMPANY, a California Corporation; ESTES EXPRESS LINES, a Virginia Corporation; MARSHAL ROBLES, | |
| Defendants. | |

The Court having read and considered Defendants' fully briefed Motion to Dismiss Negligent Entrustment Cause of Action (Doc. #16) and finding that for the reasons set forth in Defendants' motion, Plaintiff's negligent entrustment claim is subsumed within Plaintiff's respondeat superior claim, and good cause appearing,

**IT IS ORDERED that** Defendants' Motion to Dismiss Plaintiff's Third Cause of Action for Negligent Entrustment Cause of Action (Doc. #16) is **GRANTED**.

DATED: April 4, 2011.

_____
PHILIP M. PRO
United States District Judge