1
2
3
4
5                          **UNITED STATES DISTRICT COURT**

6                              **DISTRICT OF NEVADA**

7

8   MARIO DELARA,                          )
                                           )
9                        Plaintiff,        )        Case No.  2:10-cv-02223-PMP-GWF
                                           )
10  vs.                                    )        **ORDER OF RECUSAL**
                                           )
11  G.I. TRUCKING COMPANY, *et al.*,       )
                                           )
12                       Defendants.       )
    ———————————————————————————————————————)
13

14          The undersigned United States Magistrate Judge for the District of Nevada hereby recuses

15  himself from the above-entitled matter in order to avoid the appearance of impropriety, in a proceeding

16  in which his impartiality might reasonably be questioned.  Code of Judicial Conduct, Canon 3(E)(1) and

17  28 U.S.C. § 455(a).

18          Based on the foregoing and good cause appearing therefor,

19          **IT IS ORDERED** that this matter shall be returned to the Clerk of the Court for random

20  reassignment to another Magistrate Judge.

21          DATED this 12th day of October, 2011.

22

23                                                  _____
                                                    GEORGE FOLEY, JR.
24                                                  U.S. MAGISTRATE JUDGE

25

26

27

28