# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MARIO DELARA,

        Plaintiff,

vs.

G.I. TRUCKING COMPANY, *et al.*,

        Defendants.

Case No. 2:10-cv-02223-PMP-GWF

**ORDER OF RECUSAL**

    The undersigned United States Magistrate Judge for the District of Nevada hereby recuses himself from the above-entitled matter in order to avoid the appearance of impropriety, in a proceeding in which his impartiality might reasonably be questioned. Code of Judicial Conduct, Canon 3(E)(1) and 28 U.S.C. § 455(a).

    Based on the foregoing and good cause appearing therefor,

    **IT IS ORDERED** that this matter shall be returned to the Clerk of the Court for random reassignment to another Magistrate Judge.

    DATED this 12th day of October, 2011.

                                               */s/ George Foley Jr.*
                                               GEORGE FOLEY, JR.
                                               U.S. MAGISTRATE JUDGE