# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| MARIO DELARA,<br><br>            Plaintiff,<br><br>vs.<br><br>G.I. TRUCKING COMPANY, et al.,<br><br>            Defendants. | 2:10-cv-02223-PMP-VCF<br><br>**ORDER REGARDING ATTENDANCE OF LIEN HOLDERS AT SETTLEMENT CONFERENCE** |

      The Court has reviewed Plaintiff's Motion (#48). Plaintiff represents that Defendants do not oppose this motion, and no opposition has been filed. The Motion is GRANTED, in part, and DENIED, in part, as follows:

      Good cause appearing, Plaintiff's counsel will be permitted to consult with representatives of lien holders, if the negotiations will be advanced by such consultation. The lien holders will not be considered in attendance at the settlement conference.

      If settlement terms are reached which include payment of sums to the lien holders, then counsel for parties appearing in the case will be able to draft the settlement documents accordingly, obtaining appropriate releases.

      DATED this 25th day of January, 2012.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE